FILED

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 2 6 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 25 - 3360 MLG |
| | ) | |
| vs. | ) | |
| | ) | Count 1: 18 U.S.C. §§ 1153 and |
| SHELTON ATOLE, | ) | 113(a)(7): Assault Resulting in |
| | ) | Substantial Bodily Injury to a Dating and |
| Defendant. | ) | Intimate Partner. |

## I N D I C T M E N T

The Grand Jury charges:

### Count 1

On or about July 23, 2025, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **SHELTON ATOLE**, an Indian, assaulted Jane Doe, the defendant's spouse, intimate partner, and dating partner, and the assault resulted in substantial bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(7).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney