Archuleta County Court
109 Harman Park Drive
Pagosa Springs CO 81147 United States



SHELTON KIM ATOLE
3RD STREET #21                    1-44-1014
DULCE NM 87528

---

To:      Shelton Kim Atole

Subject:  Service of documents in 2011M148.

You are being served with documents filed electronically through the
Colorado Courts E-Filing system.  Please review the following details
concerning this service.

- Court Location: Archuleta County
- Case Number: 2011M148

- Filing ID: N/A
- Filed Document Title(s):
  - Order:Order to Dismiss Case
- Submitted on Date/Time: Tue Sep 23 17:30:10 MDT 2025
- Submitted by Authorizing Organization:
- Submitted by Authorizing Attorney: Archuleta County  Court

If you have a question about the above listed case, please contact the court.
Information for all Colorado court locations is listed on the Colorado Judical Branch
website http://www.courts.state.co.us/Index.cfm.

---

**DEFENDANT'S EXHIBIT**

**A**

| | |
|---|---|
| County Court, Archuleta County, Colorado<br>Clerk Archuleta County Combined Courts<br>109 Harman Park Drive<br>Pagosa Springs, CO   81147<br>(970) 264-8160 | |
| **THE PEOPLE OF THE STATE OF COLORADO**<br>**vs.**<br>**Shelton Kim Atole,**<br>**Defendant(s)** | ☐ **COURT USE ONLY** ☐ |
| | Case No: C004201IM 000148<br>Div/Ctrm: A |
| **ORDER TO DISMISS** | |

Upon consideration of the Motion To Dismiss in the above captioned matter, and the Court orders the following:

1)  The above captioned case against the Defendant is dismissed.

2)  All presently outstanding warrants issued in the above captioned case for the arrest of the Defendant are quashed.  The Clerk of the Court is to notify the Sheriff's Department to cancel all such warrants.

Dated _____, 2025

BY THE COURT:

_____
Judge

| COUNTY COURT, ARCHULETA COUNTY, COLORADO | |
| --- | --- |
| Court Address:<br>109 HARMAN PARK DRIVE, PAGOSA SPRINGS, CO, 81147 | DATE FILED<br>September 23, 2025 |
| THE PEOPLE OF THE STATE OF COLORADO<br>v.<br>**Defendant(s)** SHELTON KIM ATOLE | |
| | △ COURT USE ONLY △ |
| | Case Number: 2011M148 |
| | Division: A          Courtroom: |
| **Order:Order to Dismiss Case** | |

The motion/proposed order attached hereto: GRANTED IN PART.

The Petition to Revoke is withdrawn. The case is closed.

Issue Date: 9/23/2025

JUSTIN PATRICK FAY
County Court Judge