IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | 25-CR-03360- |
| | ) | MLG |
| v. | ) | |
| | ) | |
| Shelton Atole, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**United States' Response to Defendant's
Motion to Reconsider the Detention Order**

The United States objects to defendant's motion to modify detention. The sole basis of the motion is a dismissal of an apparent petition to revoke in another state. As noted by U.S. Probation, however, defendant has an extensive criminal history. In addition, defendant has been charged with assault resulting in substantial bodily injury to a spouse or intimate partner. The Court has already correctly decided that defendant shows a danger to the community and that he should be detained. Defendant has not shown how the other state's action changes this calculus.  Accordingly, defendant's motion should be denied.

Respectfully submitted,

RYAN ELLISON

United States Attorney

/s/ Electronically Filed 11/13/25
MICHAEL R. PAHL
Assistant U.S. Attorney
201 3rd Street NW
Suite 973
Albuquerque, NM 87102
(505) 224-1447

I hereby certify that on November 13, 2025, I filed the foregoing document electronically through the CM/ECF system. Pursuant to the CM/ECF Administrative Procedures Manual, §§ 1(a), 7(b)(2), such filing is the equivalent of service on parties of record.

/s/ Electronically filed and submitted on
November 13, 2025
MICHAEL R. PAHL
Assistant United States Attorney