**CLERK'S MINUTES**
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Kirtan Khalsa, United States Magistrate Judge

Motion Hearing

| Case Number: | CR 25-3360 MLG | UNITED STATES vs. ATOLE | |
|---|---|---|---|
| Hearing Date: | 11/17/2025 | Time In and Out: | 9:44-9:58 |
| Courtroom Deputy: | N. Maestas | Courtroom: | Rio Grande |
| Defendant: | Shelton Atole | Defendant's Counsel: | Martin Juarez |
| AUSA: | Michael R Pahl | Pretrial/Probation: | Anthony Galaz |
| Interpreter: | | Witness: | |

### Proceedings

Court addresses counsel regarding motion; will allow additional argument from counsel. Defense counsel argues in support of motion; requests release to the halfway house. Court inquires as to where the victim resides and whether that person has been notified; Government responds, argues in opposition to motion. Defense counsel responds. Court responds, requests additional information regarding past criminal history. Defense counsel responds. Government responds. Court denies motion, finds pervious findings regarding risk of flight and danger to the community stand.

### Lafler/Frye

| | |
|---|---|
| ☐ | Court finds defense counsel shared the plea offer with Defendant |
| ☐ | Court confirms that Defendant understands the offer, that Defendant discussed the offer with counsel, and that Defendant rejected the plea offer |
| ☐ | Court finds Defendant knowingly and voluntarily rejected plea offer |
| ☐ | A copy of the plea offer is attached to these minutes as a sealed exhibit |

### Custody Status

| | | |
|---|---|---|
| ☒ | Defendant to remain in custody | |
| ☐ | Conditions | |

### Other Ruling

| | |
|---|---|
| ☐ | |