IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

               Plaintiff,

v.                                                CR 25-3360 MLG

SHELTON ATOLE,

               Defendant.

## **ORDER**

**THIS MATTER** came before the Court on Defendant's *Opposed Motion to Reconsider Detention Order.* [Doc 22.] The Court held a hearing on the Motion on November 17, 2025. The Court finds the motion not well taken for the reasons stated on the record at the hearing.

**IT IS THEREFORE ORDERED** that Defendant's *Opposed Motion to Reconsider Detention Order* is **DENIED.**

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE