*Rev. November 10, 2015*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO**
**Contested SENTENCING MINUTE SHEET**
**BEFORE THE HONORABLE MATTHEW L. GARCIA**

| CR No: | 25-3360 MLG | USA vs. | Atole | | |
|---|---|---|---|---|---|
| Date: | 7/9/26 | Defendant: | Shelton Atole | | |

| Time In/Out: | 3:56 – 4:50 | Total Time in Court: | 54 minutes |
|---|---|---|---|
| Clerk: | E. Romero | Court Reporter: | R. Brazil |
| AUSA: | Meg Tomlinson | Defendant's Counsel: | Martin Juarez |
| Courtroom: | Cimarron | Probation Officer: | S. Hawkins |
| Interpreter: | n/a | Interpreter Sworn? | ☐ Choose an item. |

| Convicted on: | Plea | | As to: | Indictment | | Counts: | 1 |
|---|---|---|---|---|---|---|---|
| Guilty Plea: | Accepted | | Plea Agreement: | Accepted | | | |
| Date of Plea/Verdict: | 1/15/26 | PSR: Disputed | ☒ Courts adopts PSR Findings | Evidentiary Hrg: | Not Needed | | |
| Exceptions to PSR: | Court sustains objections | | | | | | |

### SENTENCE IMPOSED

| **IMPRISONMENT (BOP):** | 24 months |
|---|---|

| ☒ 500-Hour Drug Program | ☐ BOP sex-offender treatment program | Other: | |
|---|---|---|---|

| **SUPERVISED RELEASE:** | 3 years | ☒ Mandatory/Standard Conditions |
|---|---|---|

### SPECIAL CONDITIONS OF SUPERVISION

| ☒ Parties have reviewed the standard and special conditions listed in Attachment A to PSR. Doc. 62 | ☒ Parties have no objections to the conditions listed in Attachment A. Doc. 62 |
|---|---|
| ☒ Parties waive reading of conditions. | ☒ Conditions are imposed as listed in Attachment A to the PSR to include the justification and nexus of the conditions listed. |

### MONETARY PENALTIES / FORFEITURES

| Fine: $ | -0- | Restitution: $ | -0- | SPA: $ | 100.00 | Due Immediately |
|---|---|---|---|---|---|---|
| Forfeit rights title & interest to: | | | | | | |

### OTHER

| ☒ Waived Appeal Rights per Plea Agreement | ☒ Held in Custody |
|---|---|
| ☒ Recommended place(s) of incarceration: FCI Safford, AZ. | |
| ☐ Dismissed Counts: | |

### PROCEEDINGS

Court in session – parties state appearances; Court addresses Defendant; Mr. Juarez addresses Court on objections re: 2A2.2(b)(3)(B) and 2A2.3(c)(1) to Apply USSG §2A2.2; Ms. Tomlinson responds and answers Court's questions; Mr. Juarez responds; Court sustains objection and outlines reasoning; Court outlines new offense level and guideline range; Parties concur; Ms. Tomlinson has nothing to add; Mr. Juarez addresses Court for sentencing and requests a 10-month sentence; Defendant addresses Court and answers Court's questions; Ms. Tomlinson addresses Court for sentencing and requests a 30-month sentence; Mr. Juarez responds; Ms. Tomlinson responds; Mr. Juarez has nothing to add; Court addresses parties and outlines proposed sentence; Parties have nothing to add; Court addresses Defendant and imposes sentence; Mr. Juarez recommends RDAP; Officer Hawkins responds; Court will make that recommendation; Parties have nothing to add.